IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-120 |
| | ) | (Phillips / Guyton) |
| SPENCER WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court upon a pretrial motion to suppress evidence filed Defendant Spencer White. The issues raised by Mr. White relate to the introduction of his allegedly incriminating statement as evidence at trial. The Court observes that the United States has filed a plea agreement under seal as to Spencer White [Doc. 120] and concludes that the defendant's motion is now moot. Accordingly, it is ORDERED that Spencer White's Motion to Suppress Defendant's Alleged Statements **[Doc. 74]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

       s/ H. Bruce Guyton
United States Magistrate Judge